IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Alfonzo Alvin Andrews, | ) | C.A. No. 4:08-3419-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Officer Anthony Rackard, et. al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Plaintiff brought this *pro se* civil action against the Defendants under 42 U.S.C. § 1983. The Plaintiff was detained at the Edgefield County Detention Center, and his claims center around his alleged denial of medical treatment while detained.

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed December 10, 2008, by United States Magistrate Judge Tom Rogers, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that one defendant, Edgefield County Detention Center, be dismissed without prejudice and without issuance and service of process.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199

1

(4th Cir. 1983).

In light of this standard, the Court has carefully reviewed the Report and has concluded that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 10). Edgefield County Detention Center is dismissed from this action.

**IT IS SO ORDERED.**

                         S/ Terry L. Wooten
                         **TERRY L. WOOTEN**
                         **UNITED STATES DISTRICT JUDGE**

April 23, 2009
Florence, South Carolina