IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Alfonzo Alvin Andrews, | ) |
| Plaintiffs | ) |
| | ) Civil Action No.: 4:08-3419-TLW-TER |
| vs. | ) |
| Officer Anthony Rackard; and, Cpl. Presley | ) |
| Defendants. | ) |

# ORDER

Plaintiff, Alfonzo Alvin Andrews, ("plaintiff") brought this civil action, *pro se*, on October 9, 2008. (Doc. # 1).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. (Doc. # 56). In the Report, the Magistrate Judge recommends that Plaintiff's complaint be dismissed for failure to prosecute pursuant to Fed. R. civ. Proc. 41(b) with prejudice. (Doc. # 56 ). Plaintiff filed no objections to the report. Objections were due on March 11, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons

articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.**   (Doc. # 56).

    **IT IS SO ORDERED**.

                                                                                      s/Terry L. Wooten  
                                                                            United States District Judge

March 19, 2010  
Florence, South Carolina