# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Alfonzo Alvin Andrews <br> *Plaintiff* <br> v. <br> Anthony Rackard <br> *Defendant* | Civil Action No. 4:08-cv-3419-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: For the reasons articulated by the Magistrate Judge, it is hereby ORDERED that the Magistrate Judge's Report and Recommendation is ACCEPTED 56 .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Terry L. Wooten on motion for

Date: 03/19/2010

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*